1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

5
6

| | |
|---|---|
| 7  TIFFANY NORRIS,<br>8                              Plaintiff,<br>9       v.<br>10 GC SERVICES, LP, et al.<br>11                            Defendants. | NO:  2:14-CV-0224-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

12

13   BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No.

14 10).  Pursuant to the parties' stipulation, the Court will dismiss this case with

15 prejudice and without costs or attorney's fees to any party.  *See* Fed. R. Civ. P.

16 41(a)(1)(A)(ii).

17 ///

18 ///

19 ///

20 ///

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

---

Header:

Case 2:14-cv-00224-TOR   Document 11   Filed 11/20/14

**IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulation for Dismissal (ECF No. 10), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** November 20, 2004.



*Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2